UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:23-CR-112-D-BM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOSEPH EASON, <br><br> Defendant. | ORDER TO SEAL DOCUMENT <br> [DOCKET ENTRY 78] |

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 78 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This 12 day of August, 2025.

JAMES C. DEVER III
United States District Judge