UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:23-CR-112-D-BM

|                              |                          |
|------------------------------|--------------------------|
| UNITED STATES OF AMERICA,    |                          |
|         Plaintiff,           |                          |
| v.                           | ORDER TO SEAL DOCUMENT   |
|                              | [DOCKET ENTRY 87]        |
| MICHAEL JOSEPH EASON,        |                          |
|         Defendant.           |                          |

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 87 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This 21 day of November, 2025.

_____
JAMES C. DEVER III
United States District Judge