UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:23-CR-112-D-BM

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL JOSEPH EASON,

Defendant.

ORDER TO SEAL DOCUMENT
[DOCKET ENTRY 92]

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 92 be

sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This **25** day of February, 2026.

JAMES C. DEVER III
United States District Judge