PS-8
8/88

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF NORTH CAROLINA**

**U.S.A. vs. Michael Joseph Eason** **Docket No. 5:23-CR-112-1D**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW John V. Chiaramonte, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Michael Joseph Eason, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the court at Raleigh, on the 8th day of May, 2023.

The defendant appeared before Robert T. Numbers, II, the U.S. Magistrate Judge for arraignment on the 2nd day of November, 2023, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 20, 2026, this officer attempted to contact the defendant at his residence with no success. The defendant called this officer later the same day and advised that he had taken a walk around the neighborhood when this officer came by his residence. When questioned why he left his residence without approval, the defendant stated that he was not doing mentally well and needed to clear his mind. The defendant advised that, due to being confined to his residence, losing his health insurance, and facing an upcoming federal sentencing, he was feeling overwhelmed and needed someone to talk to.

This officer offered the defendant the option of speaking with a mental health counselor arranged through the probation office, and the defendant advised he would be willing to speak with the counselor. This officer also spoke with the defendant's attorney who had no objections to the defendant speaking with a mental health counselor. This officer presented the defendant with a waiver to add a mental health treatment condition to which he duly signed.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John V. Chiaramonte
John V. Chiaramonte
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2568
Executed On: September 23, 2026

**ORDER OF THE COURT**

Considered and ordered the 24 day of September, 2026, and ordered filed and made part of the records in the above case.

James C. Dever, III
U.S. District Judge