UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:23-CR-112-D-BM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOSEPH EASON,<br><br>Defendant. | ORDER TO SEAL<br>[DOCKET ENTRY 100] |

Upon Motion of the Defendant, it is hereby ORDERED that Docket Entry Number 100 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This 16 day of October, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge