PS-8
8/88

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF NORTH CAROLINA**

**U.S.A. vs. Michael Joseph Eason** **Docket No. 5:23-CR-112-1D**

**Sealed Petition for Action on Conditions of Pretrial Release**
Warrant Requested

COMES NOW John V. Chiaramonte, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Michael Joseph Eason, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 8th day of May, 2023.

On June 29, 2023, the conditions of release were modified and the location monitoring technology was removed, leaving the defendant on home detention.

On September 24, 2026, the conditions of release were modified to impose a mental health treatment condition.

On November 2, 2023, the defendant appeared before the Honorable Robert T Numbers II, U.S. Magistrate Judge for arraignment and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 19, 2026, this officer attempted to contact the defendant at his listed residence and was unable to do so, this officer then attempted to reach the defendant several times via telephone and text with no success. On November 20, 2026, this officer again attempted to reach the defendant via telephone and text with no success. Additionally, this officer attempted to contact via telephone and text the defendant's third-party custodian Marion Eason with no success. This officer spoke with Joseph Houchin, the defendant's defense attorney who advised that he had reached out to the defendant earlier in the day and had not received a call back from the defendant. Mr. Houchin advised that if he receives a call back from the defendant, he will let this officer know and instruct the defendant to contact this officer. This officer called the local hospital who advised that the defendant was not a current patient. At this time, the defendant's whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** that a warrant be issued for the defendant's arrest and a bond hearing be scheduled to determine if the defendant's bond should be revoked. It is recommended that this petition and order be placed under seal until the execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow defendant's knowledge of issuance of the warrant. The clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

Reviewed and approved,

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John V. Chiaramonte
John V. Chiaramonte
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2568
Executed On: November 20, 2026

**ORDER OF THE COURT**

Considered and ordered the 20 day of November, 2026, and ordered filed and made part of the records in the above case.

J. Dever
James C. Dever, III
U.S. District Judge